1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                      AT TACOMA

10   DAN STOCKWELL,

11                        Petitioner,            CASE NO. C13-5435 RBL-JRC

12          v.                                   ORDER GRANTING PETITIONER'S
                                                 MOTION TO STAY THIS PETITION
13   MAGGIE MILLER-STOUT,                         AND HOLD IN ABEYANCE

14                        Respondent.

15
         The District Court has referred this petition for a writ of habeas corpus to United States
16
     Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §
17
     636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the
18
     petition pursuant to 28 U.S.C. § 2254.
19
         Petitioner asks the Court to stay this petition and hold it in abeyance so that petitioner can
20
     exhaust a claim relating to the validity of a prior conviction that enhanced petitioner's sentence
21
     to life without the possibility of parole (ECF No. 3). The Court grants petitioner's motion
22
     because the question of the validity of a prior conviction is currently before the Washington State
23

24

ORDER GRANTING PETITIONER'S MOTION
TO STAY THIS PETITION AND HOLD IN
ABEYANCE - 1

1    Supreme Court and denial of the motion may mean that petitioner could not raise this claim in

2    federal habeas corpus proceedings.

3       The Kitsap County Court used a 1986 Pierce County conviction in determining that

4    petitioner should be sentenced to life without the possibility of parole (ECF No. 3, p. 2). The

5    validity of the prior conviction is petitioner's only unexhausted claim. Petitioner argued this

6    claim before the Washington State Supreme Court on February 12, 2013 (ECF No. 3, p. 2).

7       Petitioner states that the Washington State Supreme Court decided the direct appeal on

8    his Kitsap County conviction on January 4, 2007 (ECF No. 3, p. 2). On December 24, 2007,

9    petitioner filed two personal restraint petitions, one challenging his Kitsap County conviction

10    and one challenging the validity of his Pierce County conviction (*id*.). The state courts have

11    dismissed the petition challenging the Kitsap County conviction, (ECF No. 3, p.2), however, the

12    validity of the Pierce County conviction is still pending before the Washington State Supreme

13    Court.

14       District courts may use a "stay-and-abeyance" procedure if the court stays a proceeding

15    containing exhausted claims to allow petitioner the chance to exhaust other claims in state court.

16    *Rhines v. Weber*, 544 U.S. 269, 275-77 (2005); *Calderon v. United States District Court*

17    *(Taylor)*, 134 F.3d 981, 988 (9th Cir.1998). A district court considers if: (1) petitioner has "good

18    cause" for failure to exhaust the claims in state court; (2) the unexhausted claims are potentially

19    meritorious; and (3) there is no indication that petitioner intentionally engaged in dilatory

20    litigation tactics. *Rhines*, 544 U.S. at 278; *Jackson v. Roe*, 425 F.3d 654, 661 (9th Cir. 2005).

21       The procedural history of this case is unusual. Petitioner filed two personal restraint

22    petitions simultaneously. The Washington State Supreme decided one petition, but the other is

23    still pending. This situation warrants the Court staying this petition until the Washington State

24

ORDER GRANTING PETITIONER'S MOTION
TO STAY THIS PETITION AND HOLD IN
ABEYANCE - 2

1  Supreme Court issues a ruling on the validity of petitioner's prior Pierce County conviction.

2  Accordingly, the motion is GRANTED.

3      This petition is stayed and will be held in abeyance until January 17, 2014. Petitioner will

4  inform the Court on or before January 7, 2014, of the status of his personal restraint petition and

5  petitioner may file a motion to extend the stay if no decision has been reached by the

6  Washington State Supreme Court.

7

8      Dated this 9th day of July, 2013.

9

10

11      J. Richard Creatura
        United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING PETITIONER'S MOTION
TO STAY THIS PETITION AND HOLD IN
ABEYANCE - 3