1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAN STOCKWELL,

              Petitioner,

     v.

MAGGIE MILLER-STOUT,

              Respondent.

CASE NO. C13-5435 RBL-JRC

ORDER

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

The Court stayed this action and held the petition in abeyance so that petitioner could exhaust state claims (Dkt. 10). Petitioner informs the Court that the Washington State Supreme Court has denied petitioner's motion to modify a commissioner's ruling (Dkt. 30). Petitioner states that the stay should be lifted (Dkt. 30, p. 2).

ORDER - 1

1     The Court orders that the stay in this action is lifted. The Court will no longer hold this

2 petition in abeyance. The Court orders that respondent submit a response to the petition on or

3 before May 29, 2015.

4     Dated this 7th day of April, 2015.

                                    J. Richard Creatura
                                    United States Magistrate Judge