THE HON. RONALD LEIGHTON
THE HON. J. RICHARD CREATURA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAN STOCKWELL, | CAUSE NO. C13-5435 RBL-JRC |
| Petitioner, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DATE FOR TRAVERSE AND RENOTING CASE FOR CONSIDERATION |
| MAGGIE MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER, | Noted for June 5, 2015 |
| Respondent | |

IT IS HEREBY AGREED AND STIPULATED by the Petitioner, through his withdrawing attorney, Neil M. Fox, and the Respondent, through his attorneys, Washington State Attorney General Robert Ferguson and Assistant Attorney General Paul Weisser, (1) that because the Court has allowed counsel for Mr. Stockwell to withdraw, (2) that Petitioner is now pro se and incarcerated, (3) that withdrawing counsel needs to send the paper copy of the state court record to Mr. Stockwell, and (4) that Petitioner will require time to draft a pro se traverse,

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING
DATE FOR TRAVERSE AND RENOTING
CASE FOR CONSIDERATION - Page 1

Law Office of Neil Fox, PLLC
Market Place One, Suite 330
2003 Western Avenue
Seattle, Washington 98121
206-728-5440

1. The due date for Mr. Stockwell to file a traverse/reply shall be July 24, 2015.

2. The matter shall be deemed ripe for consideration and noted for July 24, 2015.

DATED this 5th day of June 2015.

Respectfully submitted,

/s/ Neil M. Fox
NEIL M. FOX, WSBA NO. 15277
Withdrawing Attorney for Petitioner

ROBERT W. FERGUSON
Attorney General of Washington

/s/ Paul Weisser
PAUL WEISSER
Assistant Attorney General
Attorneys for Respondent

ORDER

Based upon the stipulation of the parties and for good cause shown,

IT IS SO ORDERED.

Dated: June 6, 2015.

THE HON. J. RICHARD CREATURA

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DATE FOR TRAVERSE AND RENOTING CASE FOR CONSIDERATION - Page 2

Law Office of Neil Fox, PLLC
Market Place One, Suite 330
2003 Western Avenue
Seattle, Washington 98121
206-728-5440