UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAN STOCKWELL,

               Plaintiff,

     v.

MAGGIE MILLER-STOUT,
SUPERINTENDENT, AIRWAY HEIGHTS
CORRECTIONS CENTER,

               Defendant.

CASE NO. 3:13-CV-05435-RBL-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Petitioner fails to show that the rulings of the state court violated clearly established federal law. Therefore, the petition be denied.

(3) The Court denies the issuance of a certificate of appealability.

**DATED** this 8th day of December, 2015.

Ronald B. Leighton
United States District Judge

ORDER - 1