UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAN STOCKWELL,<br><br>                    Petitioner,<br><br>     v.<br><br>JAMES KEY, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER,<br><br>                    Respondent. | CASE NO. 3:13-CV-05435-RBL-JRC<br><br>**AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>(Correcting Caption) |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner fails to show that the rulings of the state court violated clearly established federal law. Therefore, the petition is denied.

(3)    The Court denies the issuance of a certificate of appealability.

**DATED** this 9th day of December, 2015.

Ronald B. Leighton
United States District Judge

ORDER - 1